IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jackson Jr, Eugene

Printed: 12/28/07

Case Number: 07 B 12309
Judge: Wedoff, Eugene R
Filed: 7/10/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 8, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,562.80 |  |
| Secured: |  | 940.08 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,484.33 |
| Trustee Fee: |  | 138.39 |
| Other Funds: |  | 0.00 |
| Totals: | 2,562.80 | 2,562.80 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Konstantine T Sparagis | Administrative | 2,429.00 | 1,484.33 |
| 2. | AMC Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Drive Financial Services | Secured | 14,408.00 | 940.08 |
| 4. | AMC Mortgage Services Inc | Secured | 15,612.63 | 0.00 |
| 5. | AT&T | Unsecured | 1,082.91 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 497.02 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 1,176.00 | 0.00 |
| 8. | Drive Financial Services | Unsecured | 4,867.28 | 0.00 |
| 9. | Rent Collect | Unsecured | 2,378.29 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 350.38 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 727.49 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 944.03 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 588.46 | 0.00 |
| 14. | RMI/MCSI | Unsecured | 250.00 | 0.00 |
| 15. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 16. | Calvary Portfolio Services | Unsecured |  | No Claim Filed |
| 17. | Village of Maywood | Unsecured |  | No Claim Filed |
| 18. | First Premier | Unsecured |  | No Claim Filed |
| 19. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
|  |  |  | $ 45,311.49 | $ 2,424.41 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 138.39 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Jackson Jr, Eugene | Case Number: 07 B 12309 |
| | Judge: Wedoff, Eugene R |
| Printed: 12/28/07 | Filed: 7/10/07 |

_____
$ 138.39

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

